*Miscellaneous Orders.*

No. 3.   UNITED STATES EX REL. EICHENLAUB v. WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION; and

No. 82.   UNITED STATES EX REL. WILLUMEIT v. WATKINS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZA-

TION SERVICE. Shaughnessy, Acting District Director, substituted as the party respondent.